1114

No. 80–5661. JOHNSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5717. WAGNER v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 80–5741. GAMBLE v. HESS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–5746. WHITE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 80–5747. STIEHL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 80–5748. COUCH v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 80–5750. MURTAUGH v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 80–5762. LONDON v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–5765. JACOX v. MEMPHIS CITY BOARD OF EDUCATION ET AL. Ct. App. Tenn. Certiorari denied.

No. 80–5767. WHITE v. WYRICK, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 80–5773. MASON v. EDMISTEN, ATTORNEY GENERAL OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 80–5777. HOBSON v. WESTERN AIRLINES ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–5798. WALLACE v. CITY OF ROCKY RIVER ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.